NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT R. SNYDER, | No.    23-55037 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00432-MMA-WVG |
| v. | |
| KATHLEEN ALLISON, Secretary, CDCR; RAYMOND MADDEN, Warden, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Michael M. Anello, District Judge, Presiding

Submitted September 12, 2023**

Before:    CANBY, CALLAHAN, and OWENS, Circuit Judges.

California state prisoner Robert R. Snyder appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action alleging Eighth

Amendment violations.  We have jurisdiction under 28 U.S.C. § 1291.  We review

for an abuse of discretion a dismissal for failure to prosecute.  *Pagtalunan v.*

_____

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).  We affirm.

The district court did not abuse its discretion in dismissing Snyder's action for failure to prosecute where Snyder failed to file a timely amended complaint. *See Pagtalunan*, 291 F.3d at 642-643 (discussing factors a court should consider before dismissing an action for failure to comply with a court order).

We do not consider arguments and allegations raised for the first time on appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**